DAVID M. GIVEN (State Bar No. 160350)
BRIAN S. CONLON (State Bar No. 211091)
NINA C. POUGET (State Bar No. 336134)
PHILLIPS, ERLEWINE, GIVEN, & CARLIN LLP
39 Mesa St, Suite 201
San Francisco, CA 94129
Telephone: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       bsc@phillaw.com
       ncp@phillaw.com

Attorneys for Plaintiff

ROBERT A. JACOBS (State Bar No. 160350)
CHARLES E. WEIR (State Bar No. 211091)
ANDREA DEL-CARMEN GONZALEZ (State Bar No. 336134)
MANATT, PHELPS, & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310-312-4000
Fax: 310-312-4224
Email: RJacobs@manatt.com
       CWeir@manatt.com
       ADGonzalez@manatt.com

Attorneys for Defendants BMG Rights Management (France), SARL, and BMG Rights Management (US), LLC

*[Additional counsel listed below]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM RECORDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OM DEVELOPPEMENT, SAS; OLYMPIQUE DE MARSEILLE, SA; BMG RIGHTS MANAGEMENT (FRANCE), SARL; BMG RIGHTS MANAGEMENT (US), LLC,<br><br>Defendants. | **Case No. 4:23-cv-04506-JSW**<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>**[Per Rule 41]**<br><br>**Re: Dkt. No. 82** |

Additional Counsel:

LAURA KABLER OSWELL (State Bar No. 241281)
BRETTON H. LAUDEMAN (State Bar No. 339472)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone:  650-461-5600
Fax:  650-461-5700

MARC DE LEEUW (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  212-558-4000
Fax:  212-558-3588

Attorneys for Defendants OM Developpement, SAS and Olympique de Marseille, SASP

# STIPULATION

Pursuant to Fed.R.Civ.P. 41 and Local Rules 7-12 & 77-2(c), Plaintiff Om Records, LLC, on the one hand, and Defendants BMG Rights Management (France), SARL; BMG Rights Management (US), LLC; OM Developpement, SAS; and Olympique de Marseille, SASP, on the other hand (collectively, "Defendants," together with Plaintiff, collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on August 31, 2023, Plaintiff commenced this action;

WHEREAS, on July 10, 2024, Plaintiff filed its Second Amended Complaint (DE 62), which is the operative pleading in this action.

NOW THEREFORE, the Parties, having agreed that the above is true and correct, hereby stipulate under and respectfully request pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the Court dismiss this action with prejudice, as to all claims and counts asserted therein, and all parties and each party to bear their own costs, expenses and attorneys' fees, and waiving any and all right to appeal.

**SO STIPULATED.**

Dated: February 6, 2025

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

By: /s/ David M. Given
    David M. Given
    Brian S. Conlon
    Nina C. Pouget

Attorneys for Plaintiff

Dated: February 6, 2025    MANATT, PHELPS & PHILLIPS LLP

By: /s/ Robert A. Jacobs
　Robert A. Jacobs
　Charles E. Weir
　Andrea Del-Carmen Gonzalez

Attorneys for Defendants BMG Rights Management (France), SARL, and BMG Rights Management (US), LLC

Dated: February 6, 2025    SULLIVAN & CROMWELL LLP

By: /s/ Laura Kabler Oswell
　Laura Kabler Oswell
　Bretton H. Laudeman
　Marc De Leeuw

Attorneys for Defendants OM Developpement, SAS and Olympique de Marseille, SASP

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 6, 2025                    /s/ David M. Given
                                                                David M. Given

### ~~[PROPOSED]~~ ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this action with prejudice. All existing dates and deadlines in this matter are hereby vacated.

**SO ORDERED.**

Dated:  __February 7, 2025____       _____
                                                                 Honorable Jeffrey S. White
                                                                 United States District Court Judge